AO 91 (REV.5/85) Criminal Complaint     SAUSA Michael F. Pavia , (312) 786-2652

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JUAN JACQUEZ

(Name and Address of Defendant)

**FILED**
MAR 2 7 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**
MAGISTRATE JUDGE BOBRICK

CASE NUMBER: **03CR0320**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __7/12/2002__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of first degree murder

FILED
APR 0 3 2003

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

SEAN J. BURKE
Special Agent
Federal Bureau of Investigation

March 27, 2003                at     Chicago, Illinois
Date                                 City and State

EDWARD A. BOBRICK  United States Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )


A F F I D A V I T

I, SEAN J. BURKE, being duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for over one year. I am currently assigned to the FBI Violent Crimes/Fugitive Task Force and am familiar with fugitive investigations. The information contained in this affidavit was furnished to me by Chicago Police Department (CPD), Area One Detectives Gehrke, Trlak, and Cepeda, unless otherwise indicated.

2. On July 12, 2002, Pedro Salas was shot and killed at 3002 W. 47th Street, Chicago, Illinois. CPD investigation has identified JUAN JACQUEZ as the suspect in this murder. On August 13, 2002, the Circuit Court of Cook County, Illinois, issued an arrest warrant for JACQUEZ after he was charged with first degree murder, a felony. A copy of the warrant is attached to this affidavit.

3. Efforts by the CPD to locate JACQUEZ in the Chicago area have failed. In the course of their investigation, CPD detectives have interviewed all known associates and family members of JACQUEZ in attempts to locate him in Chicago, without success.

4. The CPD investigation has lead them to believe that JACQUEZ is presently at Barrio Rio Plata #105, Santiago Papasquiaro in the state of Durango, Mexico. The murder victim's widow, Marina Salas, who presently lives in Santiago Papasquiaro, telephoned the CPD to tell

them that she had spoken to a JACQUEZ cousin named Marisa Jacquez, who provided her with this information.

5. Based on the above information, I believe that JUAN JACQUEZ fled the State of Illinois to avoid prosecution for First Degree Murder.

6. The Cook County State's Attorney's Office will extradite JACQUEZ when he is apprehended.

SEAN J. BURKE
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 27th day of March, 2003

EDWARD A. BOBRICK
United States Magistrate Judge

SHEET 51 LINE 1

COURT BRANCH 66 | TIME/CALL | OFFICER'S KEY

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

CH13479

PEOPLE OF THE STATE OF ILLINOIS
vs.
JUAN H. JACQUEZ

Case No. 165 02104693

BFW [ ] 02-1-104693 or

ARREST WARRANT

FILED COPY

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE — GREETING:

We command you to arrest ___Juan H. Jacquez___ (Defendant)

for the offense of __720 ILCS 5/9 1 a 1__ __First Degree Murder__
(Chapter)    (Section)    (Description)

Stated in a charge now pending before this court and that you bring him instanter before The Circuit Court of Cook County at

__2650 S. California, Chicago IL__    __05-66__    __101__
(Location)    (Rm)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

Issued in Cook County __8-13__, __2002__

Bail Fixed at $ __No Bail__

__Michael P. Keeler__  __1770__
Judge    Code

**GEOGRAPHIC LOCATIONS**
☐ COOK COUNTY ONLY
☐ COOK, LAKE, McHENRY KANE, DUPAGE & WILL COUNTIES
☐ STATE WIDE
☒ OTHER

__8-13, 2002__

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof,

By __Joseph M Toscano__
Deputy Clerk

__Dorothy Brown__
Clerk of The Circuit Court

**INFORMATION AND DESCRIPTION OF DEFENDANT**

Alias __Juanito__

Name __Juan H. Jacquez__

Residence __1237 S. 51st Court, Cicero IL__    City/Town    State    Zip 60804

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Forfeited Bond No. |
|---|---|---|---|---|---|---|---|---|
| M | WM | 160 | 5-8 | 3 Apr 46 | 56 | Med | Med | |

SID IL 20163090

IR __536951__    CB _____    Address _____

Complainant's Name __Pedro Salas-Deceased__    Agency/Unit __CPD__ __610__

Arresting Officer __Det. C. Gehrke__    Star No. __20385__

WHEN ARREST IS MADE IF DEFENDANT MAKES BAIL PLEASE SET COURT DATE FOR _____

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

1. ORIGINAL TO SHERIFF OR POLICE DEPT.

CCG-6a-150M-9-7-92(00575)